UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY DAVIS<br>Plaintiff,<br><br>v.<br><br>NATIONWIDE DEBT<br>MANAGEMENT<br>SOLUTIONS, L.L.C.<br>Defendant. | Case No: 2:12-cv-15694-JAC-RSW<br>Hon: Julian Abele Cook Jr.<br><br><br>**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, ATTORNEYS' FEES AND COSTS** |

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Motion for Default Judgment, Attorneys' Fees and Costs.

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered against Defendant Nationwide Debt Management Solutions, L.L.C. as follows:

$2,000.00 in actual damages for violations of the Fair Debt Collection Practices Act

$1,000.00 in statutory damages for violations of the Fair Debt Collection Practices Act

$1,687.50 in reasonable attorneys' fees; and

$420.00 in reasonable costs incurred herein.

**IT IS SO ORDERED**.

Date:  June 17, 2013                                     s/Julian Abele Cook, Jr.
                                                         JULIAN ABELE COOK, JR.
                                                         United States District Judge